IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 OCT 22 PM 2:26
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH THURMAN,<br><br>Defendants. | *SEALED*<br><br>4:24CR 3092<br><br>INDICTMENT<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2260A |

The Grand Jury charges that

## COUNT 1

Beginning at least on or about March 19, 2024 and continuing until on or about March 28, 2024, within the District of Nebraska, defendant JEREMIAH THURMAN, having previously been convicted of offenses under the laws of the State of Illinois relating to sex abuse involving a minor to wit; a conviction on or about May 3, 2011 for Predatory Criminal Sexual Assault of a Child in Warren County Circuit Court, Illinois, did employ, use, persuade, induce, entice, and coerce a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

Beginning at least on or about March 19, 2024 and continuing until on or about March 28, 2024, within the District of Nebraska, the defendant, JEREMIAH THURMAN, an individual

1

required by law to register as a sex offender, committed a felony offense involving minors under Title 18, United States Code, Section 2251, as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 2260A.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*for* Danielle Olia #25658
TESSIE L. SMITH
Assistant United States Attorney